STATE OF MAINE

YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP-01-049
ρ Λ F-ΥοΘ – ə|ϥ|ϥοοϩ

LUCY J. BERUBE,

      Petitioner

v.

**ORDER**

STATE OF MAINE,
UNEMPLOYMENT INSURANCE
COMMISSION,

      Respondent

Lucy Berube has appealed from a decision of the Maine Unemployment Insurance Commission finding that she was disqualified from the receipt of benefits because she left her regular employment voluntarily without good cause attributable to that employment. See 26 M.R.S.A. §1193(1)(A).

Judicial review of decisions of the Commission is limited. Review by a court is restricted to whether the Commission correctly applied the law and whether its factual findings are supported by any competent evidence. Decisions are not to be disturbed unless the record compels a contrary result. See *McPherson v. Unemployment Insurance Commission*, 1998 ME 177,¶6, 714 A.2d 818, 820.

The Commission was free to choose between conflicting views of the relationship between Ms. Berube and her employer and to choose between conflicting explanations of the reasons behind and necessity of Ms. Berube's decision to quit her job.

I can find no legal error in the Commission's decision and its factual determinations are supported by competent evidence.

The entry is:

> Decision of the Unemployment Insurance Commission of July 31, 2001 is affirmed.

Dated:       February 4, 2002

Paul A. Fritzsche
Justice, Superior Court

PETITIONER:
PETER L THOMPSON ESQ
COLES & THOMPSON
PO BOX 1028
KENNEBUNK ME    04043-1028


RESPONDENT:
PAMELA WAITE AAG
6 STATE HOUSE STATION
AUGUSTA ME    04333-0006

INTERESTED PARTY:
ELIZABETH G STOUDER ESQ
RICHARDSON WHITMAN LARGE & BADGER
PO BOX 9545
PORTLAND ME    04112-9545

2